## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

A.B.,                                                    Case No. 3:23-cv-00388-IM

        Plaintiff,

    v.                                              **VERDICT FORM**

**INTERSTATE MANAGEMENT
COMPANY, LLC,**

        Defendant.

We, the jury, being duly empaneled and sworn in the above-entitled cause, do find as follows:

**Question 1:**

Did Plaintiff A.B. prove by a preponderance of the evidence that Defendant Interstate Management Company, LLC d/b/a Residence Inn Portland Airport (hereinafter "Interstate Management") violated the Trafficking Victims Protection Reauthorization Act ("TVPRA") as to A.B. between December 2012 and March 2013?

YES _____ NO __X__

*If you answered "YES," go to Question 2. If you answered "NO," your verdict is for the Defendant. Do not answer any additional questions. Have your presiding juror sign and date this verdict form.*

**Question 2:**

For A.B.'s TVPRA claim, has A.B. proven by a preponderance of the evidence that she first knew, or in the exercise of reasonable diligence should have known, of her injuries, if any, and the causal connection between her injuries and the alleged venture that engaged in sex trafficking at the Residence Inn, on or after March 16, 2013?

YES _____ NO _____

*If you answered "YES" to Question 2, then go to Questions 3 and 4. If you answered "NO" to Question 2, then you may only consider evidence at trial about alleged sex trafficking after March 16, 2013 to answer Questions 3 and 4.*

**Question 3:**

What damages, if any, has A.B. proven by a preponderance of the evidence resulted from Defendant Interstate Management's violation of the TVPRA?

ANSWER: $_____

*Go to Question 4.*

**Question 4:**

What punitive damages, if any, has A.B. proven by a preponderance of the evidence should be assessed against Defendant Interstate Management for Defendant Interstate Management's violation of the TVPRA?

ANSWER: $_____

*Sign, date, and return this verdict.*

SIGNED this 8th day of DECEMBER 2025.

_____
Presiding Juror